CAUSE NO. DC-24-14434

| | | |
|---|---|---|
| STATE OF TEXAS, MAXX JUUSOLA, TRACY MARTIN, and ALAN CRIDER | § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § § | 298TH JUDICIAL DISTRICT |
| CITY OF DALLAS, KIMBERLY BIZOR TOLBERT, in her official capacity as the City Manager for the City of Dallas, and the STATE FAIR OF TEXAS, | § § § § § § § | |
| Defendants. | § § | DALLAS COUNTY, TEXAS |

## [~~PROPOSED~~] ORDER

On this day came to be heard Defendants City of Dallas and Kimberly Bizor Tolbert's (the "City Defendants") Motion for Traditional and No-Evidence Summary Judgment (the "Motion"). Having considered the Motion, the evidence, and all other matters properly before it, the Court hereby GRANTS the Motion.

IT IS ORDERED that summary judgment for the City Defendants is hereby GRANTED on Plaintiffs' claims against the City Defendants; Plaintiffs' claims against the City Defendants are hereby DISMISSED with prejudice.

SIGNED this ___24___ day of ___June___, 2025.

_____
Judge Presiding

**ORDER GRANTING CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**